UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| JOSEPH ALLGOOD,<br><br>    Plaintiff,<br><br>v.<br><br>PARSLEY ENERGY OPERATIONS, LLC and PIONEER NATURAL RESOURCES COMPANY<br><br>    Defendants. | Case No. 7:21-cv-00052<br><br>Jury Trial Demanded |

**PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

COMES NOW Plaintiff Joseph Allgood and moves the Court to dismiss without prejudice, all claims against Defendants Parsley Energy Operations, LLC and Pioneer Natural Resources Company, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  May 28, 2021                                       Respectfully submitted,

                                          By: */s/ Richard M. Schreiber*
                                                **Michael A. Josephson**
                                                Texas Bar No. 24014780
                                                **Andrew W. Dunlap**
                                                Texas Bar No. 24078444
                                                **Richard M. Schreiber**
                                                Texas Bar No. 24056278
                                                **JOSEPHSON DUNLAP, LLP**
                                                11 Greenway Plaza, Suite 3050
                                                Houston, Texas 77046
                                                713-352-1100 – Telephone
                                                713-352-3300 – Facsimile
                                                mjosephson@mybackwages.com
                                                adunlap@mybackwages.com
                                                rschreiber@mybackwages.com

                                                AND

                                                **Richard J. (Rex) Burch**
                                                Texas Bar No. 24001807
                                                **BRUCKNER BURCH, P.L.L.C.**
                                                11 Greenway Plaza, Suite 3025
                                                Houston, Texas 77046
                                                713-877-8788 – Telephone
                                                713-877-8065 – Facsimile
                                                rburch@brucknerburch.com


**ATTORNEYS IN CHARGE FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 28th day of May 2021.

                                                                */s/ Richard M. Schreiber*
                                                                  Richard M. Schreiber