# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **JOSEPH ALLGOOD,** *Plaintiff*, | § § § | |
| v. | § § | MO:21-CV-00052-DC |
| **PARSLEY ENERGY OPERATIONS, LLC, and PIONEER NATURAL RESOURCES COMPANY,** *Defendants*. | § § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation (R&R) entered in the above-captioned cause on August 4, 2021, in connection with Plaintiff's Motion to Dismiss Without Prejudice. (Docs. 13, 14). The deadline to file objections passed on August 17, 2021, and the parties did not file objections.

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file written objections within fourteen (14) days after being served with a copy of the findings and recommendations. 28 U.S.C. § 636(b)(1). Failure to file written objections to the R&R within fourteen (14) days after being served with a copy shall bar that party from *de novo* review by the district court of the proposed findings and recommendations. *Id.* Moreover, except upon grounds of plain error, it shall also bar the party from appellate review of proposed factual findings and legal conclusions accepted by the district court to which no objections were filed. *Id.*; *Thomas v. Arn*, 474 U.S. 140, 150–53 (1985); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989) (per curiam).

To date, the parties have not filed any objections to the Magistrate Judge's R&R in this case. The Court, after reviewing the Magistrate Judge's R&R for clear error, finds it to be neither

clearly erroneous nor contrary to law. 28 U.S.C. § 636(b)(1)(C). Accordingly, the Court accepts the Magistrate Judge's findings and recommendations and **ADOPTS** the R&R in its entirety.

The Court further **GRANTS** Plaintiff's Motion to Dismiss. (Doc. 13). Plaintiff's claims against Defendants Parsley Energy Operations, LLC and Pioneer Natural Resources Company are **DISMISSED WITHOUT PREJUDICE**.

The Court finally **ORDERS** that all other pending motions be denied as **MOOT**.

It is so **ORDERED**.

SIGNED this 19th day of August, 2021.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE